**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-1975

DENNIS W. DEBERRY,

        Plaintiff - Appellant,

    v.

LEARY DAVIS, Dean Elon School of Law; BOARD OF TRUSTEES OF
ELON UNIVERSITY; ELON UNIVERSITY; ALAN WOODLIEF, Associate
Dean of Admissions,

        Defendants - Appellees.

Appeal from the United States District Court for the Middle
District of North Carolina, at Greensboro. William L. Osteen,
Jr., District Judge. (1:08-cv-00582-WO-LPA)

Submitted: April 28, 2011        Decided: May 5, 2011

Before WILKINSON, MOTZ, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dennis W. Deberry, Appellant Pro Se. Robert T. Numbers, II,
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC, Winston-Salem, North
Carolina; Elizabeth L. Riley, Raleigh, North Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dennis W. Deberry appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his complaint for failing to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Deberry v. Davis, No. 1:08-cv-00582-WO-LPA (M.D.N.C. filed Aug. 16, 2010; entered Aug. 17, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2